# United States Court of Appeals
## For the First Circuit

No. 23-1894

EUCINEIA SOARES DA SILVA PAZINE,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on August 27, 2024, is amended as follows:

On page 25, line 22, replace "lawyers'" with "lawyers"